IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02621-DDD

SCHUME NAVARRO,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

    Defendant.

## AFFIDAVIT OF JENNIFER PERRY

I, Jennifer Perry, state as follows:

1. I have personal knowledge of the matters set forth in this affidavit.

2. I am currently employed by Cherry Creek School District No. 5 (the "School District") as its Deputy Superintendent.

3. The School District has complied with the August 31, 2021 Public Health Order ("PHO") concerning universal masking in school settings that was issued by the Tri-County Health Department.

4. Protecting the safety of its students and the community and striving for in-person school are among the School District's highest priorities.

5. Schume Navarro, a candidate for a seat on the School District's Board of Education ("Board"), had given an interview in May 2021 acknowledging that the masks she wore were a "joke." Navarro attended a September 10, 2021 work session of the Board. There, she wore a see-through face covering; security staff repeatedly told her to pull it up to cover her mouth and nose.

**EXHIBIT A**

What Navarro wore was not a "Face Covering" as the PHO defined it. I had previously sent all candidates for the Board, including Navarro, an email outlining mask expectations at the candidate forums. After the September 10, 2021 work session, I sent Navarro an email including information from TCHD about the PHO and asking her to wear an appropriate face covering in School District buildings.

6. At 2:50 a.m. on September 13, 2021, Navarro responded, indicating "I have a letter that I will bring from my doctor noting my medical exemption from all face coverings." Navarro sent the email again at 9:50 a.m. At 11:06 a.m., I responded and asked Navarro to submit the documentation the PHO required for an exemption.

7. At 1:59 p.m., Navarro sent the School District an email claiming to enclose her "Dr.'s letter of exemption." She included a letter from a Licensed Professional Counselor. The letter was not from a "medical provider" as the PHO defined, nor did it provide "any recommended alternative to the mask." Navarro also sent a UCHealth "Health Summary" listing various "health issues."

8. Navarro had posted a video of herself on social media indicating that "my doctors at UCHealth will not give an exemption." The video is attached hereto as Ex. A-1. In January 2021, Navarro had also posted on social media a photograph of herself wearing a mask, with a caption: "Who's with me on getting patriot fit? I HATE the whole mask thing but I hate the thought of being weak and out of shape at the brink of civil war."

9. These materials made me, as part of a team put together to consider the requests, question the material the School District received from Navarro.

**EXHIBIT A**

10. At 3:25 p.m., the School District sent Navarro an email indicating that her "submission is not compliant with the requirements of the Tri-County Health Department public health order for requesting mask exemptions," including that the supporting letter was not issued by a Colorado licensed medical provider as required by the PHO. The email invited Navarro to provide the information the PHO required.

11. That evening, Navarro attended a meeting of the Board, again wearing the see-through mask she had already been told was insufficient.

12. A Board candidate forum was scheduled for 6:30 p.m. the following day, September 14, 2021, in the auditorium at the School District's Overland High School. Many students were present in the High School's lobby while the audience was filing into the auditorium. Navarro attended, attempting to gain entry without a mask. She argued about the mask requirement itself and with officials who told her that the see-through mask she wanted to wear was not sufficient. Navarro was handed a disposable mask that she was later seen wearing at the forum. She participated in the forum, but had to be told to pull her mask over her nose.

13. On September 16, 2021, a community member sent the School District a video Navarro had posted where she said: "And I'm sorry. I get that you are offended that I do not wear a mask. I don't wear it because I don't want to comply to [sic] all of this." The video is attached hereto as Ex. A-2. This made me further question the material Navarro had supplied.

14. On September 20, 2021, I sent an email to all Board candidates indicating that all candidates would be required to adhere to the "mask-wearing guidelines." Another candidate forum was held on September 21, 2021 at the School District's Eaglecrest High School. Navarro did not attend.

**EXHIBIT A**

15.     On September 22, 2021, 92 minutes before the candidate forum scheduled that evening at Cherry Creek High School, Navarro's attorney wrote to the School District's general counsel requesting accommodations on Navarro's behalf. Those suggested included Navarro wearing a "semi-porous mask." Approximately an hour before the forum began, Navarro's counsel raised the possibility of remote participation. Navarro was told that the School District would consider her request for accommodation once she provided the information required by the PHO for an exemption. Navarro did not attempt to gain entry to the candidate forum that evening; she passed out campaign literature to those entering the building. Remote participation could not have been arranged with so little notice.

16.     On September 27, 2021, despite not receiving anything additional from Navarro, the School District offered Navarro the opportunity to participate in the September 28, 2021 remotely. The invitations the School District sent Navarro are attached as Ex. A-3. The School District offered Navarro technical support if she needed it. The email making that offer is attached hereto as Ex. A-4. The School District set up a monitor on stage on which Navarro would have appeared and been able to communicate. Pictures of the setup are attached as Ex. A-5. Navarro nevertheless did not participate in the forum. Nor did she contact technical support.

17.     The School District subsequently informed Navarro that she could participate remotely in all future candidate forums hosted or sponsored by the School District. Navarro participated remotely in the September 30, 2021 candidate forum at Smoky Hill High School.

**EXHIBIT A**

FURTHER AFFIANT SAYETH NOT.

_____
Jennifer Perry

STATE OF COLORADO )
                  ) ss.
COUNTY OF Arapahoe )

The foregoing Affidavit was subscribed and sworn to before me this 4th day of October, 2021, by Jennifer Perry. Witness my hand and official seal. My commission expires 01-23-2022.

_____
Notary Public

ANNETTE M. COUCH
Notary Public
State of Colorado
Notary ID # 20144003300
My Commission Expires 01-23-2022

5

**EXHIBIT A**