IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02621-DDD

SCHUME NAVARRO,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

    Defendant.

___

**COVER PAGE TO CONVENTIONALLY SUBMITTED EXHIBIT A-1**
___

    Defendant Cherry Creek School District No. 5, by and through its undersigned attorneys, hereby submits via courier Exhibit A-1 (a video file) to Defendant's Response to Plaintiff's Motion for Preliminary Injunction.

    RESPECTFULLY SUBMITTED this 4th day of October, 2021.

    SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

    By: *s/ Michael Brent Case*
        Michael Brent Case
        Holly Ortiz
        Jonathan P. Fero
        1120 Lincoln Street, Suite 1308,
        Denver, CO  80203
        (303) 595-0941
        bcase@semplelaw.com
        hortiz@semplelaw.com
        jfero@semplelaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2021, a correct copy of the foregoing **COVER PAGE TO CONVENTIONALLY SUBMITTED EXHIBIT A-1** was filed via CM/ECF, and that **EXHIBIT A-1** was delivered to the Court via courier and served electronically on the following:

Daniel E. Burrows
Public Trust Institute
98 Wadsworth Blvd, #127-3071
Lakewood, CO 80226
*Attorney for Plaintiff*

By: *s/ Kathleen Schmidt*