

EXHIBIT A-1.1