

Tue 9/28/2021 1:29 PM

**Franks, Patricia E on behalf of Koenig, Jason R**

FW: BOE Candidate Forum - Virtual

Required: ☐ Schume Navarro (navarro4ccsd@gmail.com); ■ Perry, Jennifer

When: Tuesday, September 28, 2021 6:00 PM-8:00 PM
Location: Microsoft Teams Meeting

-----Original Appointment-----
From: Koenig, Jason R <jkoenig6@CherryCreekSchools.org>
Sent: Monday, September 27, 2021 6:42 PM
To: Koenig, Jason R; Perry, Jennifer
Subject: BOE Candidate Forum - Virtual
When: Tuesday, September 28, 2021 6:00 PM-8:00 PM (UTC-07:00) Mountain Time (US & Canada).
Where: Microsoft Teams Meeting

_____

## Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 720-443-6769,,294133163#   United States, Denver

Phone Conference ID: 294 133 163#

Find a local number | Reset PIN

Learn More | Meeting options

**EXHIBIT A-3**