| | |
|---|---|
| **From:** | Franks, Patricia E |
| **To:** | Schume Navarro (navarro4ccsd@gmail.com) |
| **Subject:** | Teams Meeting Link |
| **Date:** | Tuesday, September 28, 2021 1:32:00 PM |

Ms. Navarro,

I have forwarded a Teams calendar invitation to you for the BOE Candidate Forum this evening. I have also included the link to join the meeting here:  **Click here to join the meeting**

Let me know if you have any questions.

Thank you,

Patti Franks
Executive Assistant to
Dr. Jennifer Perry
Deputy Superintendent
720-554-4226

**EXHIBIT A-3.1**