

**From:** "Perry, Jennifer" <jperry5@cherrycreekschools.org>
**Date:** September 28, 2021 at 4:40:04 PM MDT
**To:** navarro4ccsd@gmail.com
**Subject: Technical support**

Good evening,

Should you need help connecting with Teams link this evening, call the number below.

720-393-2023

Jason Koenig will be managing the technology.

Thanks,
Dr. Jennifer Perry

**EXHIBIT A-4**

Sent from my iPhone

**EXHIBIT A-4**