
EXHIBIT A-5.1