IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02621-DDD-KLM

SCHUMÉ NAVARRO,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION

    Plaintiff, Schumé Navarro, hereby requests that the Court grant her eight additional days (through January 4, 2022) in which to respond to Defendant's motion to dismiss. In support thereof, Plaintiff states as follows:

    1.    On December 6, 2021, Defendant filed a motion to dismiss some of Plaintiff's claims. (Mot. to Dismiss, ECF No. 24.) A response to this motion currently is due on or before December 27, 2021. *See* D.C.COLO.LCivR 7.1(d).

    2.    Since Defendant filed its motion, undersigned counsel has been diligently pursuing other matters. This included responding to discovery requests in another federal case, filing an amicus brief in the Colorado Court of Appeals, and filing a reply brief in a state-court administrative appeal (a Colo. R. Civ. P. 106 action). He also recently participated in a Fed. R. Civ. P. 26 conference in this case. Consequently, counsel has not been able to give Defendant's motion the attention it deserves. Especially given the impending holiday, counsel believes he will need additional time to adequately respond.

    3.    The undersigned has conferred with opposing counsel and was informed that

Defendant would have no objection to the relief requested herein.

WHEREFORE, Plaintiff requests that she be given up to and including January 4, 2022, in which to respond to Defendant's motion to dismiss.

s/ Daniel E. Burrows
*Daniel E. Burrows*
Public Trust Institute
98 Wadsworth Blvd. #127-3071
Lakewood, CO 80226
Telephone: (720) 588-2008
E-mail: dburrows@publictrustinstitute.org
Attorney for Plaintiff

## Certifications

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

I also certify that, consistent with D.C.COLO.LCivR 5.3(c), I shall contemporaneously serve a copy of this motion on my client.

s/ Daniel E. Burrows
*Daniel E. Burrows*
Public Trust Institute
