**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02621-DDD-KLM

SCHUMÉ NAVARRO,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

    Defendant.

## NOTICE OF CHANGE OF ADDRESS

    Daniel E. Burrows, counsel for Plaintiff, hereby notifies the Court and the parties that his address has changed. All future correspondence should be directed to:

    Advance Colorado
    1312 17th St.
    Unit 2029
    Denver, CO 80202
    dan@advancecolorado.org

Counsel's telephone number remains the same.

    Respectfully submitted this 28th day of January, 2022.

s/ Daniel E. Burrows
*Daniel E. Burrows*
Advance Colorado
1312 17th St.
Unit 2029
Denver, CO 80202
Telephone: (720) 588-2008
E-mail: dan@advancecolorado.org
Attorney for Plaintiff