IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02621-DDD-KLM

SCHUMÉ NAVARRO,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

    Defendant.

## STIPULATED DISMISSAL

The parties have reached a settlement disposing of all claims asserted in this case. Therefore, under Fed. R. Civ. P. 41(a)(1), the parties stipulate to dismissal of the action, with prejudice.

| | |
|---|---|
| s/ Daniel E. Burrows | s/ Michael Brent Case |
| **Daniel E. Burrows** | **Michael Brent Case** |
| Advance Colorado | Semple, Farrington, Everall & Case, PC |
| 1312 17th St. | 1120 Lincoln St. |
| Unit 2029 | Suite 1308 |
| Denver, CO 80202 | Denver, CO 80203 |
| Telephone: (720) 588-2008 | Telephone: (303) 595-0941 |
| E-mail: dan@advancecolorado.org | E-mail: bcase@semplelaw.com |
| Attorney for Plaintiff | Attorney for Defendant |